FILED
CLERK, U.S. DISTRICT COURT
5/30/14
CENTRAL DISTRICT OF CALIFORNIA
BY: CS   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGAN GREEN INVESTMENT LLC, | Case No. CV 14-4038 |
| Plaintiff, | ORDER REMANDING ACTION |
| vs. | |
| CUTBERTO COSIO, et al., | |
| Defendants. | |

For the reasons set forth in the Order denying leave to file this action without prepayment of filing fees, this action is hereby REMANDED to the state superior court for further proceedings.

IT IS SO ORDERED.

DATED: 5/30, 2014

HON. GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE